**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ \_\_\_2nd\_\_\_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Maria Lourdes Montenegro    JOINT DEBTOR: _____ CASE NO.: 15-10224
Last Four Digits of SS# 8586    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of \_\_\_60\_\_\_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 1,163.83 for months 1 to 9 ;
- B. $ 1,895.08 for months 10 to 60 ;
- C. $_____ for months \_\_\_\_\_ to \_\_\_\_\_ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + 1,500.00 (2 MTV)    TOTAL PAID $ 3,500.00
Balance Due $1,500.00  payable $ 50.00 /month (Months 1-30 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Green Tree Servicing LLC c/o Douglas Zahm, PA. 12425 28th Street, N #200 Saint Petersburg, FL 33716 Acc#xxxx2040 | Investment Prop. 2240 NW 105 Street Miami, FL 33147 Value: $82,000.00 | 5.25% | $997.44 $1,655.57 | 1-9 10-60 | $93,411.00 |
| Specialized Loan Serv. POB 105219 Atlanta, GA 30348 Acc#xxxx4901 | Investment Prop. 2240 NW 105 Street Miami, FL 33147 Value: $51,220.00 | 0.00% | $0.00 | 0 | $0.00 Stripping Off/MTV |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $ 50.00 /month (Months 31-60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Maria Montenegro
Debtor                                              Joint Debtor
Date: 12/10/2015                                    Date:

LF-31 (rev. 01/08/10)